# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TRAXXAS, L.P., | § | |
| *Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION NO. 2:19-CV-00213-JRG |
| SKULLDUGGERY, INC., | § § § | |
| *Defendant.* | § § | |

## ORDER

Before the Court is Plaintiff Traxxas, L.P. ("Traxxas") and Defendant Skullduggery, Inc.'s ("Skullduggery") (collectively, the "Parties") Joint Motion by the Parties Concerning Amendment of First Amended Docket Control Order and Standing Order Regarding COVID-19 (the "Motion"). (Dkt. No. 45.) In the Motion, the Parties request a 90-day extension of trial and pretrial deadlines due to complications and delays arising out of novel coronavirus (COVID-19).

Having considered the Motion, its unopposed nature, and the further representations made by the Parties in the Joint Report Supplementing Joint Motion by the Parties Concerning Amendment of First Amended Docket Control Order (Dkt. No. 48), the Court is of the opinion that the Motion should be and hereby is **GRANTED AS MODIFIED**. The Court recognizes that there is a rapidly evolving situation regarding COVID-19 and in light of the same, the Court believes that some delay is necessary considering the Parties particular circumstances. However, the Court is not convinced that a 90-day extension is warranted at this time. It is therefore **ORDERED** that all deadlines in the above-captioned case are **STAYED** for thirty (30) days. The Parties are further **ORDERED** to file a new proposed amended Docket Control Order

implementing the instructions in this Order by 5:00 PM Monday, March 30, 2020. The Parties may seek further relief at a later date as the circumstances may warrant.

**So Ordered this**
**Mar 23, 2020**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE