**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| TRAXXAS, L.P., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:19-CV-00213-JRG |
| | § | |
| SKULLDUGGERY, INC., | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

**ORDER**

Before the Court is Defendant Skullduggery, Inc.'s ("Skullduggery") Unopposed Motion for Leave to Submit Expert Declaration *In Camera* (the "Motion"). (Dkt. No. 49.) In the Motion, Skullduggery requests to submit an expert declaration *in camera* because it contains sensitive medical information and details of medical history regarding a suspected case of novel coronavirus (COVID-19) concerning one of its testifying experts. Skullduggery further represents that "*in camera* submission is necessary to ensure that the highly sensitive, private medical information of Skullduggery's expert witness is never included in the public record of the above captioned matter…."

Having considered the Motion, the Court is of the opinion that the Motion should be and hereby is **GRANTED**. Accordingly, Skullduggery is permitted to file the aforementioned expert declaration *in camera*.

**So Ordered this**
**Mar 23, 2020**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE