**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| TRAXXAS, L.P.,<br><br>      Plaintiff,<br><br>v.<br><br>SKULLDUGGERY, INC.,<br><br>      Defendant. | Case No. 2:19-cv-00213-JRG |

**AMENDED REPORT OF MEDIATION**

The above-captioned case was mediated by Harry L. Gillam, Jr. on Friday, February 28, 2020, between Plaintiff Traxxas, L.P. and Defendant Skullduggery, Inc.  The mediation session was suspended and an initial report was filed on March 2, 2020.  After additional follow-up between the parties and the undersigned mediator, the parties have reached a settlement.

Dated:  May 18, 2020

Respectfully submitted,

*/s/ Harry L. Gillam, Jr.*
Harry L. Gillam, Jr.
State Bar No. 07921800
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257
Email: gil@gillamsmithlaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this 18th day of May, 2020.  As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

*/s/ Harry L. Gillam, Jr.*
Harry L. Gillam, Jr.
